UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAMRYN RANDLE,

        Plaintiff,                    Case No. 23-cv-11370

v.                                      HON. MARK A. GOLDSMITH

LADEL LEWIS et al.,

        Defendants.
_____/

## JUDGMENT

Judgment is entered in accordance with the Opinion and Order entered on today's date. The case is closed.

                                            KINIKIA ESSIX
                                            CLERK OF THE COURT

                              By:    s/Erica Parkin
                                            DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: September 25, 2025